## MAXIM INTEGRATED PRODUCTS, INC., Plaintiff–Appellee,

v.

## BRANCH BANKING AND TRUST COMPANY, Defendant–Appellant.

### No. 2013–1495.

United States Court of Appeals, Federal Circuit.

March 10, 2014.

Matthew D. Powers, Tensegrity Law Group, LLP, of Redwood Shores, CA, argued for plaintiff-appellee. With him on the brief were William P. Nelson and Aaron M. Nathan. Of counsel on the brief were Philip W. Marsh, James C. Otteson,

David A. Caine and Michael D.K. Nguyen, Agility IP Law, LLP, of Menlo Park, CA.

Douglas H. Hallward–Driemeier, Ropes & Gray LLP, of Washington, DC, argued for defendant-appellant. With him on the brief were James R. Myers and Henry Huang.

RADER, Chief Judge, MOORE, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**